UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

TEYON ROSSER-BURCH,

    Petitioner,

v.                                 CIVIL ACTION NO. 5:24-cv-00131

W. HOLZAPFEL,

    Respondent.

**ORDER**

Pending is Petitioner Teyon Rosser-Burch's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 [Doc. 1], filed March 18, 2024. This action was previously referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, for submission of proposed findings and a recommendation ("PF&R"). Magistrate Judge Aboulhosn filed his PF&R on July 8, 2025. Magistrate Judge Aboulhosn recommended the Court dismiss Mr. Rosser-Burch's Section 2241 Petition as moot given his release from custody.

The Court need not review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140 (1985); *see also* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations *to which objection is made*." (emphasis added)). Failure to file timely objections constitutes a waiver of de novo review and the Petitioner's right to appeal the Court's order. *See* 28 U.S.C. § 636(b)(1); *see also United States v. De Leon-Ramirez*, 925 F.3d 177, 181 (4th Cir. 2019) (Parties may not typically "appeal a magistrate judge's findings that were not objected to below, as § 636(b) doesn't require de novo review absent

objection."); *Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989). Further, the Court need not conduct de novo review when a party "makes general and conclusory objections that do not direct the Court to a specific error in the magistrate's proposed findings and recommendations." *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982). Objections in this case were due on July 25, 2025. No objections were filed.[1]

Accordingly, the Court **ADOPTS** the PF&R [**Doc. 11**], **DISMISSES AS MOOT** Mr. Rosser-Burch's Section 2241 Petition [**Doc. 1**], and **REMOVES** the matter from the docket.

The Court directs the Clerk to transmit a copy of this Order to any counsel of record and any unrepresented party.

ENTER: August 7, 2025



Frank W. Volk
Chief United States District Judge

---

[1] On July 9, 2025, a copy of the PF&R was mailed to Mr. Rosser-Burch at FCI Beckley but was returned as undeliverable on July 28, 2025. [ECF 12]. At this writing, the Bureau of Prisons' Inmate Locator indicates Mr. Rosser-Burch is no longer in BOP custody as of February 28, 2025. Inasmuch as Mr. Rosser-Burch has failed to keep the Court apprised of his current address as required by *Local Rule of Civil Procedure* 83.5, this matter is ripe for adjudication.